**M. Rodney JONES, Plaintiff–Appellant,**

v.

**Laurie F. BESSINGER, Warden; R. Stevenson, Associate; T. Riley, Deputy Warden; Gary D. Maynard, Director, South Carolina Department of Corrections; James E. Sligh, Jr., South Carolina Department of Corrections State Class Director, Defendants–Appellees.**

No. 02–7588.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 21, 2003.

Decided Feb. 4, 2003.

M. Rodney Jones, Appellant Pro Se.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

M. Rodney Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. Following the filing of Jones' notice of appeal, but before the appeal was docketed in this court, the district court vacated its order of dismissal pursuant to Fed.R.Civ.P. 60(a), thereby leaving this court with no order to review. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*